# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| REBECCA McCANN,<br><br>Plaintiff,<br><br>vs.<br><br>SEAN WULFE McCANN,<br><br>Defendant. | JUDGMENT IN A CIVIL CASE<br><br>Case No. 2:23CV0028 DAK<br><br>Judge Dale A. Kimball |

Pursuant to the Memorandum Decision and Order Granting Summary Judgment entered on August 1, 2023, judgment is hereby entered in favor of Plaintiff Rebecca McCann and against Defendant Sean Wulfe McCann in the amount of $150,000.00 in addition to Plaintiff's reasonable attorney's fees and costs incurred in pursuing this case, which will be determined at a later date.

DATED this 2nd day of August, 2023.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge